# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENAE JOY SWAIM, as Special Administrator of the Estate of Clinton Lee Swaim, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | 3:21-cv-00502-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 14 |

Before the court is Plaintiffs' Motion to Extend Time to Serve David Atherton, Matt Bowman, Daiki "Sam" Branch, James Cameron, Isaac Flores, Joel Gomez, Chris Henry, Brad Mitchell, and Lacey Patiga (ECF No. 14).

Good cause appearing, Plaintiffs' Motion to Extend Time to Serve David Atherton, Matt Bowman, Daiki "Sam" Branch, James Cameron, Isaac Flores, Joel Gomez, Chris Henry, Brad Mitchell, and Lacey Patiga (ECF No. 14) is **GRANTED**. Plaintiffs shall have to and including **May 6, 2022**, in which to effect personal service on Defendants David Atherton, Matt Bowman, Daiki "Sam" Branch, James Cameron, Isaac Flores, Joel Gomez, Chris Henry, Brad Mitchell, and Lacey Patiga

**IT IS SO ORDERED.**

DATED: March 8, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**