**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENAE JOY SWAIM, as Special Administrator of the Estate of Clinton Lee Swaim, *et al.*,<br><br>                    Plaintiffs,<br>   v.<br><br>STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                    Defendants. | 3:21-cv-00502-ART-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, May 6, 2022.**

**IT IS SO ORDERED.**

DATED: April 21, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1