# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENAE JOY SWAIM, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 3:21-cv-00502-ART-CSD<br><br>**Minute Order**<br><br>Re: ECF No. 23 |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>KAREN WALKER</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs' motion to extend the time to serve and to serve defendants David Atherton, Matt Bowman, Daiki "Sam" Branch, James Cameron, Isaac Flores, Chris Henry, and Brad Mitchell (ECF No. 23) is **GRANTED**. Plaintiffs have until **July 5, 2022** to serve these defendants.

**IT IS SO ORDERED**.

Dated: May 9, 2022    DEBRA K. KEMPI, CLERK

    By: _____/s/_____

        Deputy Clerk