GALLIAN WELKER & ASSOCIATES, L.C.
Nathan E. Lawrence, NBN 15060
Travis N. Barrick, NBN 9257
Michael I. Welker, NBN 7950
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RENAE JOY SWAIM, as Special Administrator of the Estate of Clinton Lee Swaim; RENAE JOY SWAIM, an individual; CLINTON THOMAS SWAIM, Jr., an individual; and RENAE JOY SWAIM, as parent and custodian of minor K.R.S.; collectively,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVORIAL HEALTH; DAVID ATHERTON, an individual; MATT BOWMAN, an individual; DAIKI "SAM" BRANCH, an individual; JAMES CAMERON, an individual; VIVIAN DAVIS, an individual; ISAAC FLORES, an individual; JOEL GOMEZ, an individual; CHRIS HENRY, an individual; SAMANTHA LYONS, an individual; ERICK MCBRIDE, an individual; RICK MEIER, an individual; BRAD MITCHELL, an individual; LUIS OROZCO, an individual; LACEY PATIGA, an individual; NICHOLAS PATIGA, an | Case No.:   3:21-cv-00502-ART-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

individual; BRANDON TAYLOR, an individual; TANNER TROUT, an individual; JOHN WEST, an individual; and DOES I to X, inclusive; collectively,

Defendants.

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs RENAE JOY SWAIM, individually and as Special Administrator of the Estate of Clinton Lee Swaim, KALYN RENAE SWAIM (formerly minor K.R.S), and CLINTON THOMAS SWAIM, Jr. (collectively, "Plaintiffs"), by and through their attorneys of the law firm of GALLIAN WELKER & ASSOCIATES, L.C., and Defendants STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVORIAL HEALTH ("DPBH"); DAVID ATHERTON; MATT BOWMAN; DAIKI "SAM" BRANCH; JAMES CAMERON, VIVIAN DAVIS; ISAAC FLORES; JOEL GOMEZ; CHRIS HENRY; SAMANTHA LYONS; ERICK MCBRIDE; RICK MEIER; BRAD MITCHELL; LUIS OROZCO; LACEY PATIGA; NICHOLAS PATIGA; BRANDON TAYLOR; TANNER TROUT; and JOHN WEST (collectively, "Defendants"), by and through their counsel, AARON D. FORD, Attorney General, and Chief Litigation Counsel Marni K. Watkins, Esq. and Senior Deputy Attorney General Casey J. Quinn, Esq., hereby stipulate and agree to dismiss this matter with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 4th day of June 2024.

**GALLIAN WELKER & ASSOCIATES, L.C.**

_____
Nathan E. Lawrence, NBN 15060
Travis N. Barrick, NBN 9257
Michael I. Welker, NBN 7950
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorneys for Plaintiffs*

DATED this 4th day of June 2024.

**AARON D. FORD, Attorney General**

/s/ Marni K. Watkins
_____
Marni K. Watkins, NBN 9674
  Chief Litigation Counsel
Casey J. Quinn, NBN 11248
  Senior Deputy Attorney General
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Telephone: 702-486-3420
Facsimile: 702-486-3773
mkwatkins@ag.nv.gov
cquinn@ag.nv.gov
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: June 5, 2024

_____
UNITED STATES MAGISTRATE JUDGE